IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. MUSTICCHI, Individually and on behalf of all other similarly situated Little Rock, Arkansas police officers, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:08CV00419 SWW |
| CITY OF LITTLE ROCK, ARKANSAS, | * * | |
| Defendant. | * | |

## Order

The plaintiff has responded to defendant's motion for summary judgment on the remaining claims. The Court finds defendant is entitled to summary judgment and that the complaint should be dismissed with prejudice. Judgment will be entered accordingly.

DATED this 15th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE