IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. MUSTICCHI, Individually and on behalf of all other similarly situated Little Rock, Arkansas police officers, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:08CV00419 SWW |
| CITY OF LITTLE ROCK, ARKANSAS, | * * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on August 24, 2010, and the Order entered in this matter on this date, it is considered, ordered, and adjudged that defendant's motion for summary judgment be and is hereby granted. The Court hereby dismisses plaintiff's complaint with prejudice. The relief sought is denied.

IT IS SO ORDERED this 15th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE